| Date | Pleading Number | |
|---|---|---|
| 8/2/74 | 1. | MOTION & BRIEF -- The Triax Company -- w/certificate of service. Requested Transferee Forum: N.D. Ohio Requested Transferee Judge: CJ Frank Battisti |
| 8/15/74 | | EXT. OF TIME REQUESTED -- by Conco Inc., for add'l 30 days. |
| 8/15/74 | | EXT. OF TIME REQUESTED -- by Otis Elevator Co., to & incl. 9/9/74 |
| 8/15/74 | | EXT. OF TIME GRANTED -- to ALL PARTIES to & including 9/9/74 -- Notice to counsel. |
| 8/19/74 | 2 | HARTMAN METAL FABRICATORS response to motion w/cert. of service |
| 8/30/74 | | HEARING ORDER -- Setting A-1 through A-3 for hearing -- Sep. 27, 1974 Boston, Mass. |
| 9/6/74 | 3 | RESPONSE - Conco, Inc. w/cert. of service and exhibit No. 1 |
| 9/9/74 | 4 | MEMORANDUM -- Otis Elevator Co. w/cert. of service |
| 9/12/74 | 5 | TRIAX CO. REPLY BRIEF W/CERT OF SERVICE |
| 11/26/74 | | CONSENT OF CHIEF JUDGE BATTISTI FOR litigation to be handled in the N.D. OHII |
| 11/26/74 | | OPINION AND ORDER transferring litigation to the N.D OHIO for coordinated or consolidated pretrial proceedings before Judge Frank J. BAttisti pursuant to 28 U.S.C. §1407 |
| 8/18/76 | | ORDER -- Assigning litigation to Judge John M. Manos under §1407 |

OPINION AND ORDER, NO. 26, 1974 ... SUPP. ... Closed

DOCKET NO. 182 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Description of Litigation

182- IN RE THE TRIAX COMPANY PATENT LITIGATION

Summary of Panel Action

Date(s) of Hearing(s) 9/27/74

Date(s) of Opinion(s) or Order(s)

Consolidation Ordered xx — Name of Transferee Judge ~~FRANK J. BATTISTI~~ John M. Manos

Consolidation Denied — Transferee District NORTHERN DISTRICT OF ~~XXXX~~ OHIO 647

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | The Triax Company v. TRW Inc. | N.D.Ohio Battisti | C 73-820 | | | [illegible] | Triax Co. Mot. |
| A-2 | The Triax Company v. Otis Elevator Company | N.D.Ohio Battisti | C 74-528 | | | 5/8/78 | " " |
| A-3 | The Triax Company v. Conco Inc. | N.D.Ill Austin | 74-C-2157 | 11/26/74 | C-74-1107 ~~11/26/74~~ | | " " |

Verified Correct July 1977 — 1 Ic, 2 X42, 3 Pending

Ditto - July 1978

July 1979 - 1 dis — 2 P/g

July 1980 - Same

July 1982 - Same

July 1983 - Closed

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 182 -- IN RE THE TRIAX COMPANY PATENT LITIGATION

| Plaintiff | Defendant |
|---|---|
| THE TRIAX COMPANY<br>Richard J. Egan, Esquire<br>Baldwin, Egan, Walling & Fetzer<br>1430 Keith Building<br>Cleveland, Ohio 44115 | TRW INC.<br>B. Edward Shlesinger, Esquire<br>Shlesinger, Fitzsimmons & Shlesinger<br>Suite 1323, Alliance Building<br>183 E. Main Street<br>Rochester, New York 14604 |
| | OTIS ELEVATOR COMPANY<br>Joseph L. Sharon, Esquire<br>c/o Otis Elevator Company<br>750 Third Avenue<br>New York, New York 10017 |
| | CONCO INC.<br>Stanley C. Dalton, Esquire<br>Wegner, Stellman, McCord, Wiles & Wood<br>Rm. 2200 -- 20 N. Wacker Drive<br>Chicago, Illinois 60606 |